IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE JEREMY MOORE,

        Debtor,

JEREMY MOORE,

        Plaintiff,

v.

HIGHLANDS MEDICAL CENTER,
ALTEON HEALTH, LLC,

        Defendants.

Bankruptcy Case Number
18-81266-CRJ-7

Adversary Proceeding No.
21-80060-CRJ

## STIPULATION OF DISMISSAL

COMES NOW Plaintiff Jeremy Moore and hereby files this Stipulation of Dismissal. As grounds therefore, the Plaintiff states as follows:

1. The Plaintiff's Complaint was filed on May 14, 2021.
2. Plaintiff Jeremy Moore stipulates to the dismissal of Defendant Highlands Medical Center only.
3. Plaintiff stipulates to the dismissal of Defendant Highlands Medical Center without prejudice.

Date: May 27, 2021

Respectfully submitted,

/s/ *John C. Larsen*
John C. Larsen
Attorney for Debtor/Plaintiff,
Jeremy Moore
LARSEN LAW, P.C.
1733 Winchester Rd. NE
Huntsville, AL 35811

## CERTIFICATE OF SERVICE

       I hereby certify that I have served a copy of the foregoing upon the below listed parties to this action electronically or by placing a copy of the same in the United States Mail, postage pre-paid and properly addressed, or by notification of the CM/ECF electronic notification system, this the 27th day of May, 2021.

Highlands Medical Center
380 Woods Cove Road
Scottsboro, AL 35768

The Jackson County Health Care Authority
D/B/A/ Highlands Medical Center
CEO: John D. Anderson
380 Woods Cove Road
Scottsboro, AL 35768

The Jackson County Health Care Authority
D/B/A/ Highlands Medical Center
CCO: Jim Chatman
380 Woods Cove Road
Scottsboro, AL 35768

Tazewell Shepard
Chapter 7 Trustee
P.O. Box 19045
Huntsville, AL 35804

                                                      /s/ John C. Larsen